**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Daniel John Watts

　　　　　　　　　　　　　　　Plaintiff,

v.
　　　　　　　　　　　　　　　　　　　　　　Case No.:
　　　　　　　　　　　　　　　　　　　　　　1:26−cv−02969
　　　　　　　　　　　　　　　　　　　　　　Honorable Steven C.
　　　　　　　　　　　　　　　　　　　　　　Seeger

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

　　　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 30, 2026:

　　　MINUTE entry before the Honorable Steven C. Seeger: At the plaintiff's request, the deadline to file a joint initial status report is extended to September 28, 2026. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.